**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-1304**

———————————

In re:  THOMAS DONNELL SIFFORD,

Petitioner.

———————————

On Petition for Writ of Mandamus.
(3:07-cr-00097-RJC-1)

———————————

Submitted:  May 29, 2014                Decided:  June 2, 2014

———————————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Thomas Donnell Sifford, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Donnell Sifford petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the court has dismissed as successive and unauthorized Sifford's motion. Accordingly, because the district court has recently decided Sifford's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2